UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARUCH TRATNER,
*et al.*,

    *Plaintiffs,*

v.

ISLAMIC REPUBLIC OF IRAN,
*et al.*,

    *Defendants.*

Case No. 1:18-cv-2971-RCL

## ORDER

For the reasons explained in the memorandum opinion issued this date, it is hereby **ORDERED** that plaintiffs' motion [23] for default judgment as to liability is **GRANTED**. The Court hereby finds the defendants, the Islamic Republic of Iran and the Syrian Arab Republic, **LIABLE** to plaintiffs for injuries resulting from the terrorist attacks listed in the Court's memorandum opinion.

The Court has also learned that Alan L. Balaran is willing to serve as a special master to take evidence and make recommendations concerning any damages to which plaintiffs may be entitled. It is hereby **ORDERED** that Mr. Balaran be appointed as special master. He shall consider the measure of damages appropriate for each plaintiff and complete such other duties as are specified in a separate order of reference issued this date.

Date: July _19_, 2022

                                                                       Royce C. Lamberth
                                                                       United States District Judge